UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO JAMES CHAVEZ, JR., | No.  2:24-cv-02491 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| SONYA DIXON, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis.  However, plaintiff did not sign either document.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  The court is unable to consider plaintiff's complaint and request to proceed in forma pauperis unless he signs and re-files them.

Accordingly, plaintiff is provided an opportunity to re-file his complaint and request to proceed in forma pauperis bearing his signatures.  Failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint and a <u>signed</u> affidavit in support of his

1

request to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: October 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE