UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO JAMES CHAVEZ, JR., | No. 2:24-cv-2491 DJC AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SONYA DIXON, | |
| Defendant. | |

By an order filed October 21, 2024, plaintiff was ordered to file a signed complaint and request to proceed in forma pauperis, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 9, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE