IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTIAGO JAMES CHAVEZ, JR.,** | Case No. 2:24-cv-02491-DJC-AC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| **v.** | |
| **SONYA DIXON,** | |
| Defendant. | |

Having read and considered Defendant S. Dixon's first request for an extension of time to file a responsive pleading to Plaintiff's Complaint, the declaration of Defendant's counsel supporting the request, and for good cause appearing, the application is **GRANTED**.

Defendant S. Dixon may file and serve a responsive pleading to Plaintiff's Complaint by, up to and including, April 6, 2026.

**IT IS SO ORDERED**.

Dated:  March 5, 2026

allison Clare

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1