UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO JAMES CHAVEZ, JR., | No.  2:24-cv-2491 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| SONYA DIXON, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 16.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's November 21, 2025 Order (ECF No. 13) which the Court finds is also supported by the record and the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full;

2. For the reasons set forth in the November 20, 2025, screening order (ECF No. 13 at 4-5), plaintiff's claims under Title VII, PREA, CCR, and the Eighth and Fourteenth Amendments to the United States Constitution are dismissed without prejudice; and

3. This matter is referred back to the assigned Magistrate Judge.


IT IS SO ORDERED.

Dated:   **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

chav2491.800.jo

2